UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENISE HILLS,                      )
                                   )
        Plaintiff                  )  No. 12cv30065-MAP
                                   )
        V.                         )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
        Defendant.                 )
_____)

**DEFENDANT'S MOTION TO DISMISS**

The United States of America, by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, moves to dismiss the complaint for a lack of subject matter jurisdiction due to the plaintiff's failure to file the required administrative tort claim. The defendant has submitted a memorandum of law in support of this motion.

The undersigned certifies that she conferred with the pro se plaintiff this date but was unable to resolve the issues.

WHEREFORE, the defendant respectfully requests that the court dismiss the complaint.

                                Respectfully submitted,

                                CARMEN M. ORTIZ
                                United States Attorney

                           By:  /s/Karen L. Goodwin
                                Karen L. Goodwin
                                Assistant U.S. Attorney
                                1550 Main Street
Dated: May 1, 2012              Springfield, MA 01103
                                413-785-0235

*Allowed, without prejudice to re-filing following action on Plaintiff's claim by the appropriate federal agency. So ordered.*

*Michael P. Ponsor USDJ 5-16-12*