# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE HILLS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant ) | CIVIL ACTION NO. 3:12-30065-MAP |

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant United States of America, the court having granted the defendant's motion to dismiss.

SARAH A. THORNTON,
CLERK OF COURT

Dated: May 16, 2012            By  /s/ *Maurice G. Lindsay*
                                Maurice G. Lindsay
                                Deputy Clerk

(Civil Judgment3.wpd - 11/98)                                        [jgm.]